1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    ANTOINE E. MODICA, SR.,                    No.  2:15-cv-00057 MCE AC PS

12                  Plaintiff,

13          v.                                   ORDER

14    RUSSELL, et al.,

15                  Defendants.

16

17          Plaintiff is a former state prisoner proceeding pro se in this civil rights action filed

18    pursuant to 42 U.S.C. § 1983.  Plaintiff challenges the conditions of his confinement during his

19    incarceration at the California Correctional Center (CCC) in Susanville.  Plaintiff is now paroled

20    and resides in Hayward.  By order filed May 8, 2015, the court found that plaintiff's complaint

21    states cognizable claims against CCC Correctional Officers Russell and Olah, and directed

22    plaintiff to submit documents for service of process on these defendants by the United States

23    Marshal.  See ECF No. 4.  For the following reasons, plaintiff will again be directed to submit the

24    appropriate forms, this time with additional information.  Plaintiff need not submit additional

25    copies of his complaint.

26          On the new summons, plaintiff should list, both in the title of this action, and on the line

27    providing defendants' names and address, the names of both defendants; the address should

28    include the California Correctional Center.  On the new and separate USM-285 forms for each

1

1  defendant, plaintiff should provide additional information that will assist the Marshal and CCC

2  officials in locating defendants.  If plaintiff has defendants' first names or first initials, they

3  should be provided along with their last names; defendants' official positions (e.g. correctional

4  counselor) should be noted, as well as their respective work assignments (e.g. their assigned

5  facility, unit, building or other identifiable responsibility).  In the space provided for "special

6  instructions," plaintiff should add any information, however informal (e.g. physical description),

7  that will help identify and locate these defendants.

8          Accordingly, IT IS HEREBY ORDERED that:

9          1.  The Clerk of the Court is directed to send plaintiff one summons and two USM-285

10  forms.

11          2.  Within fourteen days after the filing date of this order, plaintiff shall complete the

12  attached Notice of Submission of Documents and submit the following documents to the court:

13                  a.  The completed Notice of Submission of Documents;

14                  b.  One completed summons; and

15                  c.  Two completed USM-285 forms (one for each defendant).

16          SO ORDERED.

17  DATED: June 12, 2015

18

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8                                    UNITED STATES DISTRICT COURT

9                           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ANTOINE E. MODICA, SR.,                        No.  2:15-cv-00057 MCE AC PS

12                    Plaintiff,

13           v.                                      NOTICE OF SUBMISSION OF DOCUMENTS

14   RUSSELL, et al.,

15                    Defendants.

16

17           Plaintiff submits the following documents in compliance with the court's order filed

18   _____:

19

20           ____           One completed summons form

21           ____           Two completed USM-285 forms

22

23

24   _____         _____

25   Date                                     Plaintiff

26

27

28
                                                 1