1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  ANTOINE E. MODICA, SR.,                 No.  2:15-cv-0057 MCE AC PS

12              Plaintiff,

13        v.                                 ORDER

14  RUSSELL, et al.,

15              Defendants.

16

17        Plaintiff is proceeding in this civil rights action in pro per.  The matter was referred to a

18  United States Magistrate Judge pursuant to Local Rule 302(c)(21).

19        On January 27, 2016, the magistrate judge filed Findings and Recommendations herein

20  which were served on all parties and which contained notice that any objections to the Findings

21  and Recommendations were to be filed within fourteen days.  ECF No. 33.  Both Defendants

22  timely filed objections to the Findings and Recommendations.  ECF Nos. 37, 38.

23        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, the

24  Court has conducted a de novo  review of this case.  Having carefully reviewed the entire file, the

25  Court finds the Findings and Recommendations to be supported by the record and by proper

26  analysis.

27  ///

28  ///

                                        1

1        Accordingly, IT IS HEREBY ORDERED that:

2        1.  The Findings and Recommendations filed January 27, 2016 (ECF No. 33) are

3    ADOPTED IN FULL.

4        2.  The Motions to Dismiss (ECF Nos. 18, 22) are DENIED without prejudice.

5        3.  Defendants are directed to file and serve their respective answers to the Complaint

6    within twenty-one (21) days.

7         IT IS SO ORDERED.

8    Dated:  March 3, 2016

9

10   _____
     MORRISON C. ENGLAND, JR., CHIEF JUDGE
11   UNITED STATES DISTRICT COURT

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28